IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-266 |
| | ) | |
| JESSE JAMES RISHA | ) | |

### ORDER

AND NOW, this _6th_ day of ~~October~~ November, 2006, upon consideration of the foregoing Stipulated Motion to Dismiss Indictment,

IT IS HEREBY ORDERED that said Motion is GRANTED, and that the Indictment is hereby DISMISSED with prejudice.

_____
DONETTA W. AMBROSE
Chief United States District Judge

4